

ACCEPTED
15-25-00092-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 10:56 AM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 10:56:07 AM
CHRISTOPHER A. PRINE
Clerk

Jane Webre
Direct Dial: 512-495-6320
jwebre@scottdoug.com

June 27, 2025

<u>VIA E-FILING</u>

Mr. Christopher Prine
Clerk, Fifteenth Court of Appeals

In Re:  No. 15-25-00092-CV, Bright Health Management, Inc. v. Cantilo & Bennett, L.L.P., Special Deputy Receiver of Bright Healthcare Insurance Company of Texas

And

No. 15-25-00108-CV; In re Bright Health Management, Inc.

Dear Mr. Prine:

Late last Friday, June 20, Bright Health Management, Inc. filed an emergency motion for a stay in these parallel proceedings. That same evening, on behalf of Cantilo & Bennett, L.L.P., Special Deputy Receiver of Bright Healthcare Insurance Company of Texas (the "SDR"), I filed a letter with the Court stating that the SDR opposes the stay, and we would file a response in opposition to the stay motion on June 27.  This letter will inform the Court that the response will be filed on Monday, June 30.  I apologize for the delay.

Please let me know if there are questions, or if we can be of any assistance to the Court.

Very truly yours,

Jane Webre

4909-7497-1985

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michaelle Peters on behalf of Jane Webre
Bar No. 21050060
mpeters@scottdoug.com
Envelope ID: 102518272
Filing Code Description: Letter
Filing Description: Webre Letter to Court re Response to Stay
Status as of 6/27/2025 11:15 AM CST

Associated Case Party: Cantilo & Bennett, LLP as Special Deputy Receiver for Bright Health Insurance Company of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 6/27/2025 10:56:07 AM | SENT |
| Jane Webre | | jwebre@scottdoug.com | 6/27/2025 10:56:07 AM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 6/27/2025 10:56:07 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Fuller | 7515500 | cfuller@fullerlaw.org | 6/27/2025 10:56:07 AM | SENT |
| Gregory Pierce | 15994250 | gpierce@gpiercelaw.com | 6/27/2025 10:56:07 AM | SENT |
| Patricia Muniz | | pmuniz@inquestresources.com | 6/27/2025 10:56:07 AM | SENT |
| Brian Falligant | | bfalligant@inquestresources.com | 6/27/2025 10:56:07 AM | SENT |
| Rachael Padgett | | rpadgett@maynardnexsen.com | 6/27/2025 10:56:07 AM | SENT |
| Lauren Feldott | | lfeldott@maynardnexsen.com | 6/27/2025 10:56:07 AM | SENT |
| Lisa Alcantar | | lalcantar@maynardnexsen.com | 6/27/2025 10:56:07 AM | SENT |
| Carlos R.Soltero | | CSoltero@MaynardNexsen.com | 6/27/2025 10:56:07 AM | SENT |
| Max Mendel | | mmendel@maynardnexsen.com | 6/27/2025 10:56:07 AM | SENT |
| Brytne Kitchin | | bkitchin@maynardnexsen.com | 6/27/2025 10:56:07 AM | SENT |